IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERIC WATKINS,

    Petitioner,

vs.

                            CIVIL ACTION NO.: CV210-018

ANTHONY HAYNES, Warden,

    Respondent.

## ORDER

Petitioner Eric Watkins ("Watkins") has filed Objections to the Magistrate Judge's Report that was issued on July 16, 2010, recommending dismissal of his 28 U.S.C. § 2241 petition. As noted in the Report, the incident report about which Watkins complains was expunged, his good conduct time was restored, and Watkins has since been released from incarceration. The Objections are **OVERRULED,** and the petition is **DISMISSED.** The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED,** this ___ day of __August__, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)